UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| David Ross, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| vs. | ) | Case No. 4:15-cv-313 HEA |
|  | ) |  |
| National Rural Electric Cooperative Association, et al. | ) |  |
|  | ) |  |
| Defendants. | ) |  |

## ORDER

The above styled and numbered case was transferred to this court on February 18, 2015.

After a review of the case, the Clerk's Office determined that the case was opened incorrectly. The case should have been assigned to the Northern Division.

Accordingly,

**IT IS HEREBY ORDERED** that the above styled case is transferred to the Northern Division and randomly assigned to the Honorable Abbie Crites-Leoni, United States Magistrate Judge, under cause number 2:15-cv-00011.

**IT IS FURTHER ORDERED** that cause number 4:15-cv-313 HEA be administratively closed.

GREGORY J. LINHARES,
CLERK OF COURT

Dated: February 23, 2015          By: /s/ Michele Crayton
                                  Deputy In Charge

**In all future documents filed with the Court, please use the following case number 2:15-cv-00011 ACL.**